# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2025

### NO. 03-23-00659-CV

**Giddy Holdings, Inc., Appellant**

**v.**

**Alpha Five Construction, Inc.; Harley Winters; and Cris W. Craft, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY**
**REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on January 12, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.